WOLF BROTHERS, Plaintiff-Appellant, v. EQUITABLE PAPER BAG COMPANY, Inc., Defendant-Appellee.

No. 353.

Circuit Court of Appeals, Second Circuit.

May 23, 1944.

Briesen & Schrenk, of New York City (George J. Harding, of Philadelphia, Pa., of counsel), for appellant.

Krisel & Lessall, of New York City (Theodore S. Kenyon and Douglas H. Kenyon, both of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Decision affirmed on opinion below, 55 F.Supp. 832.

Harry V. CHASAN, Plaintiff-Appellant, v. CARUSO SPAGHETTI PLACE, INC., of NEW JERSEY, Defendant-Appellee.

No. 373.

Circuit Court of Appeals, Second Circuit.

May 22, 1944.

S. Joseph Oxenberg, of New York City, for appellant.

Sullivan, Donovan & Heenehan, of New York City, for appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Order, 55 F.Supp. 831, affirmed.